UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:11-CR-043 |
| | ) |
| SAMUEL W. SMITH | ) |

# **O R D E R**

By judgment entered November 16, 2011, this Court sentenced the defendant to a term of imprisonment of 84 months, to be followed by five years of supervised release, for conspiring to manufacture and distribute methamphetamine. In November 2015, this Court reduced the term of imprisonment to 77 months pursuant to 18 U.S.C. § 3582(c)(2). The defendant was released from Bureau of Prisons custody on January 30, 2017.

Now before the Court is the defendant's renewed *pro se* motion for early termination of his supervised release. [Doc. 348]. Neither the United States Probation Office nor the prosecuting attorney oppose the requested relief.

The Court has carefully considered the defendant's request in light of the pertinent 18 U.S.C. § 3553(a) factors as directed by 18 U.S.C. § 3583(e). It appears that the defendant has complied with the rules and conditions of his supervision and has achieved all supervision objectives.

The defendant's motion [doc. 348] is accordingly **GRANTED**, and it is hereby ordered that he be discharged from supervision.

Dated this 7th day of August, 2019.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge